AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A green, Kia Sedona minivan, bearing OH license plate HSL-8104, VIN# KNDUP132756G48973, currently stored at 2700 Impound Lot Rd.

Case No. 2:21-mj-537

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
A green, Kia Sedona minivan, bearing OH license plate HSL-8104, VIN# KNDUP132756G48973, currently stored at the Columbus Police Impound Lot at 2700 Impound Lot Rd.

located in the    Southern    District of    Ohio   , there is now concealed *(identify the person or describe the property to be seized)*:
Firearms, cash, cash tills, bookbag, bolt cutters, clothing observed in the surveillance videos, cell phones, masks, and bank bags.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1951 | Interference w/ Interstate Commerce through Robbery |
| 18 USC 924(c)(1)(A)(ii) | Brandish a Firearm During the Commission of an Offense of Violence |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

TFO B___ V. B___
TFO 6551

*Applicant's signature*

ATF TFO Brian V. Boesch
*Printed name and title*

Sworn to before me and signed in my presence. VIA FACETIME

Date: August 13, 2021

*Judge's signature*

City and state: Columbus, OH     Magistrate Judge Elizabeth Preston Deavers
*Printed name and title*

AO 93 (Rev. 11/11) Search Warrant Affidavit

I, Brian V. Boesch, being duly sworn, depose and state that:

I have been a police officer with the Columbus Division of Police since November of 1994. I am currently assigned as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so assigned since July of 2014. I was previously assigned as a robbery detective for eight and a half years and successfully investigated robberies and extortions. As a Task Force Officer, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. Between June 27, 2021, and August 5, 2021, there have been six (6) armed robberies of Waffle House restaurants in the central Ohio area. The suspect appears to be the same suspect that has robbed all six (6) restaurants. The suspect is armed with a semi-automatic handgun and uses bolt cutters to cut the padlocks off the lock boxes in the back room. The suspect then forces the employees at gunpoint into the back room and locks them in after taking their cell phones.

2. After the July 3, 2021, robbery of the Waffle House at 1050 E. Dublin-Granville Rd., as the suspect was exiting the restaurant, the manager confronted him and ended up taking a photo of the suspect as he drove away in a Kia Sedona minivan. The photo, see below, captured the suspect's face and the Ohio license plate of the minivan as HSL-8104.



3. This Kia Sedona was described by several victims as the vehicle driven by the suspect as he fled the scene

AO 93 (Rev. 11/11) Search Warrant Affidavit

of a couple of the robberies.

4. On August 5, 2021, the manager that took the photo positively identified Terence J. BROADY as the person the robbed his store on July 3, 2021, from a photo array that was created by Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officer (TFO) Brian V. Boesch. A federal warrant for BROADY's arrest was issued on August 6, 2021.

5. On August 10, 2021, BROADY was arrested at the Lowe's home improvement store at 3616 E. Broad St. in Columbus, OH. BROADY was driving the green 2015 Kia Sedona, bearing OH license plate HSL-8104. The van was towing a stolen trailer that held a stolen lawn mower. The arresting officers impounded the van and the stolen trailer, but noted they observed a handgun inside the van upon viewing the interior of the van from the outside through a window. During a custodial interview of BROADY, he admitted that he is currently homeless.

6. Therefore, TFO Boesch requests a search warrant to search the 2015 Kia Sedona to retrieve the suspected handgun, and to search for any other firearms, cash and/or cash tills taken by BROADY, a bookbag that BROADY used to carry the cash and tills away from the robberies, the bolt cutters used to cut the padlocks off the lock boxes, and any clothing that would match what surveillance video shows BROADY wearing during the robberies, and any other evidence indicative of the commission of one or more of the aforementioned robberies.

7. TFO Boesch would request the search to be executed at any time of the day or night since the vehicle is currently in police custody and there would be no intrusion that would affect BROADY or the registered owner.

_TFO B. V. Boesch_ TFO 6551
Brian V. Boesch, ATF Task Force Officer

Sworn to before me and signed in my presence. VIA Facetime

_Elizabeth Preston Deavers_
Elizabeth Preston Deavers
U.S. Magistrate Judge

August 13, 2021
Date